UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FREDDIE TURPIN, | No. C 14-4549 LB |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | [Re: ECF No. 6] |
| MATTHEW CATES, Secretary of California Department of Corrections and Rehabilitation; et al., | |
| Respondents. | |

Petitioner, an inmate at Centinela State Prison in Imperial, has filed a petition for writ of habeas corpus to challenge the execution of his sentence, i.e., the petition challenges a time credit calculation decision. That prison is in Imperial County, which is located within the venue of the Southern District of California. Petitioner was convicted in Kern County Superior Court, which is located within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner is confined in the Southern District of California and challenging the execution of his sentence,

C 14-4549 LB
ORDER

1  pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this
2  action is TRANSFERRED to the United States District Court for the Southern District of California.
3  The clerk shall transfer this matter.
4  **IT IS SO ORDERED.**
5  Dated: October 31, 2014

         _____
6        LAUREL BEELER
         United States Magistrate Judge